AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| John David Berrett | ) | Case No. 4:15 CR 336 CDP |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Erika Z. Schenk and/or Custodian of Records
World Wide Technology, Inc.
58 Weldon Parkway
St. Louis, MO 63043

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: 111 South 10th Street<br>St. Louis, MO 63102 | Courtroom No.: 14-South |
|---|---|
| | Date and Time: 03/07/2016 8:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: **If the documents are received prior to the Court date above, your presence may not be necessary.**

See Attached Exhibit A.



Date: 01/04/16

CLERK OF COURT

/s/ Ca___

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* John David Berrett , who requests this subpoena, are:

Jeremy S. Geigle and John K. Dosdall
Jackson White, P.C.
40 N Center Street, #200
Mesa, Arizona 85201
(480) 464-1111

EXHIBIT 1

# EXHIBIT A

From January 2004 to present, we are requesting any and all documents relating to the employee files, company credit cards and expense reports for the employees listed below. The requested documents should include but are not limited to: the World Wide Technology Credit Card Expenditure Reports, or similar and World Wide Technology Expense Reports, or similar.

In addition, we are requesting any and all internal audits and investigations conducted by the company for the employees listed below. This should include but are not limited to memorandums, correspondences and findings from these internal audits or investigations. Also, we are requesting any employee files for any and all employees who have been terminated as a result of these internal audits or investigations.

**List of employees:**

Matt Levesque

Rufus Coleman

Ashish Upadhyay

Scott Miller

Brian Ortballs

Jason Campagna

Matt Horner

Tony Berg

Chris Fendya

James Weiser

Scott Webb

Michael Moriarty

David Harrison

Dustin Holst

Kevin Gentner

Scot Gagnon

Andrew Ridner

Chad Bockert

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 4:15 CR 336 CDP

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the subpoena on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify)*: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                         *Server's signature*

                         _____
                         *Printed name and title*

                         _____
                         *Server's address*

Additional information regarding attempted service, etc: