**From:** John Dosdall [mailto:JDosdall@jacksonwhitelaw.com]
**Sent:** Tuesday, February 09, 2016 5:00 PM
**To:** Goldsmith, Hal
**Cc:** Jeremy Geigle
**Subject:** John Berrett Case Documents Requested through Subpoena

Hal,

After our telephone conversation you requested a brief explanation of why we believe the documents we subpoenaed to WWT were necessary for my client's defense. We believe the documents we subpoenaed from WWT contains exculpatory evidence to support our theory of the case and also our defenses. Furthermore, I had a telephone conversation with WWT's in-house general counsel, Erika Schenk prior to sending out the subpoena and she informed me that WWT performed an "internal scrum" and employees were terminated after this "internal scrum". We believe this provides confirmation that exculpatory material exists within the documents held by WWT.

Thank you for your time and I hope to hear from you soon so we can move forward with the documents we subpoenaed.

**John K. Dosdall**
*Attorney*

JACKSONWHITE
ATTORNEYS AT LAW

Jackson White, P.C.
40 North Center Street, Suite 200
Mesa, Arizona 85201
Office:        480.464.1111
Nationwide:    800.243.1160
Direct Fax:    480.467.4266
Email:         jdosdall@jacksonwhitelaw.com
Web:           www.jacksonwhitelaw.com

The information contained in this message may be protected by attorney-client privilege and/or the attorney work product privilege. If you have received this communication in error, please do not read, copy, use or disclose this communication to others. Please notify the sender by replying to this message, and then delete it from your system. Thank you.

EXHIBIT 2